UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA LERMA RUIZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Commissioner of Social Security, <br><br> Defendant. | CASE NO. CV 16-4221-AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 25, 2017

_____
ALICIA G. ROSENBERG
United States Magistrate Judge